UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>**LEONARD MONDRAGON-ZUNIGA** )<br>PID #512008 )<br>) | DOCKET NO.: 3:25-CR-53-KDB<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Leonard Mondragon-Zuniga, PID # 512008, H/M, DOB 10/9/99, who is presently detained in the Mecklenburg County Jail, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Information in the above district against said defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case the defendant shall be returned to the custody of Mecklenburg County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this the 13th day of August, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

**/s/Brian Kenney**
Brian Kenney
Assistant United States Attorney
California State Bar No.: 339592
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 342-6253
Email: brian.kenney@usdoj.gov

